JACOB L. WOLLENBERG et al., Copartners, under the Firm Name of WOLLENBERG & SON, Respondents, v. PEARL-WILLOUGHBY CORPORATION, Appellant.

(Argued October 19, 1932; decided November 22, 1932.)

*Harry G. Anderson* and *Louis J. Moss* for appellant.
*Ralph Stout* and *Charles H. Levy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.
Dissenting: POUND, Ch. J., LEHMAN and CROUCH, JJ.